IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

SANDRA DENISE HAYNIE                                                                PLAINTIFF

VS.                                    Civil No. 4:15-cv-04070

CAROLYN W. COLVIN                                                                  DEFENDANT
Acting Commissioner, Social Security Administration

## JUDGMENT

Comes now the Court in accordance with the Memorandum Opinion entered in the above-styled case on today's date, and hereby considers, orders, and adjudicates that the decision of the Commissioner of the Social Security Administration is **AFFIRMED**, and Plaintiff's Complaint is hereby dismissed with prejudice.

**ENTERED this 29th day of April 2016.**

/s/ Barry A. Bryant
HON. BARRY A. BRYANT
U.S. MAGISTRATE JUDGE